IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PHILLIP DEWAYNE STEWART                                    PLAINTIFF
a/k/a SHAQUILE LEBRON ISRAEL
ADC #151956

v.                          No: 3:21-cv-256-DPM

PATRICK MCCOWN, Chaplain,
North Central Unit;
S. WILLIAMS, Warden, North
Central Unit                                               DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Stewart hasn't paid the filing and administrative fees; and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 January 2022