# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

PHILLIP DEWAYNE STEWART                                   **PLAINTIFF**
a/k/a SHAQUILE LEBRON ISRAEL
ADC #151956

v.                          No: 3:21-cv-256-DPM

PATRICK MCCOWN, Chaplain,
North Central Unit;
S. WILLIAMS, Warden, North
Central Unit                                              **DEFENDANTS**

## JUDGMENT

Stewart's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 January 2022